# 05-15-00334-CV

ACCEPTED
05-15-00334-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/11/2015 11:19:05 AM
LISA MATZ
CLERK

FILED
3/6/2015 3:08:39 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

NO. PR14-02191-1

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/11/2015 11:19:05 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE PROBATE COURT |
| ESTATE OF | § | |
| | § | NO. ONE |
| | § | |
| | § | |
| MELVIN DON JONES | § | DALLAS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Demetrice Deckard, on behalf of his deceased wife, Margaret Jones, Appellant, and gives this, his notice of appeal from the Judgment Declaring Heirship and Order of No Administration in the above styled and numbered cause, which judgment was signed on January 28, 2015. Appeal shall be to the Court of Appeals, Fifth District of Texas, Dallas, Texas.

Respectfully submitted,

/s/ Faith S. Johnson
Faith S. Johnson
State Bar No. 18367550
5201 N. O'Connor Blvd., Suite 500
Irving, Texas 75039
972-401-3100
972-401-3105 (fax)
fjassociates@att.net

Counsel for Appellant

## CERTIFICATE OF SERVICE

This is to certify that I have mailed a true copy of this notice of appeal to all counsel of record by first-class mail, postage prepaid, on this _____ day of March 2015.

/s/ Faith S. Johnson
Faith S. Johnson